**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mary C. Strom,                                                          Civil No. 07-150 (DWF/RLE)

           Plaintiff,

v.                                                                             **ORDER**

Michael J. Astrue,
Commissioner of Social Security,

           Defendant.

---

Fay E. Fishman, Esq., Peterson & Fishman, counsel for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

---

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

1. The Defendant's Motion for Summary Judgment (Doc. No. 16) is **DENIED**.

2. The Plaintiff's Motion for Summary Judgment (Doc. No. 9) is **DENIED**.

3. This matter is **REMANDED** to the Commissioner for further proceedings, in accordance with this Report.

    4.       Pursuant to the holding in *Shalala v. Schaefer*, 509 U.S. 292 (1993),

**JUDGMENT IS ENTERED ACCORDINGLY**.


Dated:  March 3, 2008        <u>s/Donovan W. Frank</u>
                                       DONOVAN W. FRANK
                                       Judge of United States District Court