## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mary C. Strom,                                              Civil No. 07-150 (DWF/RLE)

           Plaintiff,

v.                                                                                **ORDER**

Michael J. Astrue, Commissioner
of Social Security,[1]

           Defendant.

---

Fay E. Fishman, Esq., Peterson & Fishman, counsel for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

---

       Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

       **IT IS HEREBY ORDERED** that:

       1.      The Plaintiff's Motion for an Award of EAJA Fees (Doc. No. 26) is **GRANTED**.

---

[1]      On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security, and pursuant to Rule 25(d)(1), Federal Rules of Civil Procedure, we have substituted him as the named Defendant.

      2.      Pursuant to the Equal Access to Justice Act, that a total of $6,989.14, in costs and attorney fees, is awarded to the Plaintiff.

Dated: May 16, 2008            s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       Judge of United States District Court